IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERESA GILMAN,

       Plaintiff,

vs.                                   No. 20-CV-213-KG-SCY

STATE OF NEW MEXICO and
KEGAN JONES, in his individual capacity,

       Defendants.

### STIPULATED ORDER DISMISSING COUNT III OF COMPLAINT

THIS MATTER having come before the Court upon a Stipulation of Dismissal

with Prejudice of Count III (Doc. 54) and the Court having reviewed the stipulation,

IT HEREBY IS ORDERED that Count III of the Complaint (Doc. 1-1) should be

and hereby is dismissed with prejudice, leaving no remaining claims for relief by Plaintiff

against Defendant State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/ Michael Dickman
MICHAEL DICKMAN
Counsel for Defendant State of New Mexico

/s/ Erlinda O. Johnson
ERLINDA O. JOHNSON
DAVID M. BERLIN
Counsel for Plaintiff

APPROVED AS TO FORM BY:

/s/ Douglas E. Gardner
DOUGLAS E. GARDNER
Attorney for Defendant Kegan Jones