IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERESA GILMAN,

    Plaintiff,

v.                                          No. 1:20-cv-00213-KG-SCY

THE STATE OF NEW MEXICO and KEGAN
JONES, in his individual capacity,

    Defendants.

## ORDER GRANTING DEFENDANT KEGAN JONES' UNOPPOSED MOTION FOR DISMISSAL

The Court having reviewed and considered the Unopposed Motion to Dismiss and being fully informed and finding good cause appearing:

IT IS THEREFORE ORDERED that the Unopposed Motion to Dismiss is granted with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
ROBLES, RAEL & ANAYA, P.C.

By: */s/ Douglas E. Gardner*
Douglas E. Gardner
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
douglas@roblesrael.com
**Attorneys for Defendant Kegan Jones**

Approved as to form:

*Approval received via email on 7.7.21*
Erlinda O. Johnson
The Law Office of Erlinda O. Johnson LLC
620 Roma Ave NW
Albuquerque, NM 87102-2037
(505) 792-4048
(505) 792-2268 - fax
erlinda@erlindajohnsonlaw.com
***Attorneys for Plaintiff***

*Approval received via email on 7.7.21*
David Berlin, Esq.
DUHIGG, CRONIN, SPRING & BERLIN, P.A.
620 Roma Ave. N.W.
Albuquerque, NM 87102
(505) 243-3751
dmberl@duhigglaw.com
***Attorneys for Plaintiff***

*Approval received via email on 7.7.21*
Mike Dickman
Law Office of Michael Dickman
PO Box 549
Santa Fe, NM 87504-0549
(505) 989-9360
mikedickman@yahoo.com
***Attorney for State of New Mexico***